**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**04/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Christopher**<br>First name | First name |
|  | | **David**<br>Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **Polk**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Chris Polk** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4675** | |

Debtor 1   **Christopher David Polk**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **1651 Lighthouse Circle**<br>**Greensboro, GA 30642**<br>Number, Street, City, State & ZIP Code<br><br>**Greene**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br><br>Number, Street, City, State & ZIP Code<br><br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Christopher David Polk** | Case number *(if known)* | |
|---|---|---|---|

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| | District | **Middle District of Georgia** | When | **8/30/18** | Case number | **18-30913** |
|---|---|---|---|---|---|---|
| | District | **Middle District of Georgia** | When | **5/17/17** | Case number | **17-30577** |
| | District | **See Attachment** | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11.** **Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐   No. Go to line 12.

   ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Christopher David Polk**                                              Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|----------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|------------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?        _____

If immediate attention is
needed, why is it needed?  _____

Where is the property?     _____
                           Number, Street, City, State & Zip Code

---

| Debtor 1 | **Christopher David Polk** | | Case number *(if known)* | |

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**15.   Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **Christopher David Polk** _____   Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Christopher David Polk _____ | _____ |
|---|---|
| **Christopher David Polk** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Executed on  **April 16, 2021** _____ | Executed on  _____ |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   **Christopher David Polk**                                         Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Wesley J. Boyer**                                   Date   **April 16, 2021**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Wesley J. Boyer**
Printed name

**Boyer Terry LLC**
Firm name

**348 Cotton Avenue, Suite 200**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **(478) 742-6481**                Email address   **Wes@BoyerTerry.com**

**073126 GA**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Debtor 1   **Christopher David Polk**                                          Case number *(if known)* _____

| Fill in this information to identify your case: | | |
|---|---|---|

Debtor 1            **Christopher David Polk**
                    First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)   First Name            Middle Name            Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF GEORGIA

Case number
(if known)         _____

☐ Check if this is an
   amended filing

## FORM 101. VOLUNTARY PETITION

### Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **Middle District of Georgia** | **18-30913** | **8/30/18** |
| **Middle District of Georgia** | **17-30577** | **5/17/17** |
| **Middle District of Georgia** | **16-31255** | **11/28/16** |

**Fill in this information to identify your case:**

Debtor 1        **Christopher David Polk**
               First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)    First Name      Middle Name              Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF GEORGIA

Case number
(if known)

☐ Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
| --- | --- |

**Unsecured claim**

**1**

**Ally Financial
200 Renaissance Center
Detroit, MI 48243**

**What is the nature of the claim?**    2015 Chevrolet Tahoe    $33,642.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)    $58,642.00
   Value of security:                        - $25,000.00
   Unsecured claim                             $33,642.00

Contact

Contact phone

**2**

**Anthony Mauriello
Maurielle Enterprise
16 Driggs Street
Staten Island, NY 10308**

**What is the nature of the claim?**    accounting fees    $3,300.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
   Value of security:                        -

Contact

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Christopher David Polk**

Case number *(if known)*

Contact phone                                 Unsecured claim

---

**3**

**Brown Timber & Logging, Inc.
and
Cleve Lamb d/b/a Lamb Logging**

**What is the nature of the claim?**                              $9,197.50

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                    -
Contact phone                           Unsecured claim

---

**4**

**CCS/Bryant State Bank
500 E. 60th Street, North
Sioux Falls, SD 57104**

**What is the nature of the claim?**    credit card    $1,757.00

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                    -
Contact phone                           Unsecured claim

---

**5**

**CCS/Bryant State Bank
500 E. 60th Street, North
Sioux Falls, SD 57104**

**What is the nature of the claim?**    credit card    $1,321.00

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated
☐     Disputed
■     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                                 Value of security:                    -
Contact phone                           Unsecured claim

---

**6**

**Chase Mortgage
PO Box 15153
Des Moines, IA 19668-5153**

**What is the nature of the claim?**    1651 Lighthouse Circle Greensboro, GA 30642  Greene County house and lot (.61 acres)    $110,000.00

**As of the date you file, the claim is:** Check all that apply
☐     Contingent
☐     Unliquidated

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Christopher David Polk** | | Case number *(if known)* | |

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)   **$800,000.00**
  Value of security:   - **$690,000.00**
  Unsecured claim   **$110,000.00**

---

**7**

**Colonial Funding Network, Inc.**
**Servicing Provider for**
**c/o Jennifer Bolland**
**1501 Broadway, Suite 1515**
**New York, NY 10036**

**What is the nature of the claim?**   **$90,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

Contact

Contact phone

---

**8**

**Credit One Bank, NA**
**PO Box 98875**
**Las Vegas, NV 89193**

**What is the nature of the claim?**   **credit card**   **$2,319.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
  Value of security:   -
  Unsecured claim

Contact

Contact phone

---

**9**

**Ford Motor Credit**
**PO Box 542000**
**Omaha, NE 68154**

**What is the nature of the claim?**   **2015 Ford F-150**   **$24,556.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

■ Yes. Total claim (secured and unsecured)   **$49,556.00**
  Value of security:   - **$25,000.00**
  Unsecured claim   **$24,556.00**

Contact

Contact phone

---

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 3**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Christopher David Polk**                                    Case number *(if known)* _____

---

**10**

**FSB Blaze**
**5501 S. Broadband Lane**
**Sioux Falls, SD 57108**

**What is the nature of the claim?**    **credit card**            **$823.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                - _____
Unsecured claim                                _____

_____ Contact
_____ Contact phone

---

**11**

**Georgia Department of Revenue**
**Bankrkuptcy Section**
**1800 Century Boulevard, NE,**
**Suite 17200**
**Atlanta, GA 30345**

**What is the nature of the claim?**    **2015 income taxes**    **$7,637.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                - _____
Unsecured claim                                _____

_____ Contact
_____ Contact phone

---

**12**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**    **2015 income taxes**    **$1,000,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security:                                - _____
Unsecured claim                                _____

_____ Contact
_____ Contact phone

---

**13**

**Jill Polk**
**1590 Alvecote Court**
**Cumming, GA 30041**

**What is the nature of the claim?**            **$100,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     **Page 4**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1      **Christopher David Polk** _____      Case number *(if known)* _____

_____
Contact

☐      Yes. Total claim (secured and unsecured)      _____
      Value of security:      -    _____
_____
Contact phone

      Unsecured claim      _____

---

**14**

**Jill Polk**
**1590 Alvecote Court**
**Cumming, GA 30041**

**What is the nature of the claim?**      **back child support**      **$25,000.00**
      **and attorney's fees**

**As of the date you file, the claim is:** Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

**Does the creditor have a lien on your property?**

■      No

_____
Contact

☐      Yes. Total claim (secured and unsecured)      _____
      Value of security:      -    _____
_____
Contact phone

      Unsecured claim      _____

---

**15**

**Merrick Bank**
**c/o Resurgent Cap.**
**PO Box 10368**
**Greenville, SC 29603-0368**

**What is the nature of the claim?**      **credit card**      **$1,139.00**

**As of the date you file, the claim is:** Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

**Does the creditor have a lien on your property?**

■      No

_____
Contact

☐      Yes. Total claim (secured and unsecured)      _____
      Value of security:      -    _____
_____
Contact phone

      Unsecured claim      _____

---

**16**

**Navient CFC**
**c/o Navient Solutions, Inc.**
**PO Box 9640**
**Wilkes Barre, PA 18773-9640**

**What is the nature of the claim?**      **guaranty of a student**      **$3,459.75**
      **loan for a friend**
      **(co-signer).  Liability**
      **is contingent and**
      **friend will pay loan.**

**As of the date you file, the claim is:** Check all that apply
■      Contingent
☐      Unliquidated
☐      Disputed
☐      None of the above apply

**Does the creditor have a lien on your property?**

■      No

_____
Contact

☐      Yes. Total claim (secured and unsecured)      _____
      Value of security:      -    _____
_____
Contact phone

      Unsecured claim      _____

---

**17**

**What is the nature of the claim?**      _____      **$6,810.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1      **Christopher David Polk**                                    Case number *(if known)*

**Rise**
**4150 International Plaza**
**Fort Worth, TX 76109**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:              -  _____
    - Unsecured claim                    _____

Contact

Contact phone

---

| 18 | **Tech Tower Prop., LLC**<br>**c/o Marcadis Singer, PA**<br>**5104 S. Westshore Blvd.**<br>**Tampa, FL 33611** |
|----|

**What is the nature of the claim?**                          **$80,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:              -  _____
    - Unsecured claim                    _____

Contact

Contact phone

---

| 19 | **Verizon**<br>**PO Box 4001**<br>**Acworth, GA 30101** |
|----|

**What is the nature of the claim?**                          **$2,400.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security:              -  _____
    - Unsecured claim                    _____

Contact

Contact phone

---

| 20 | **Woods Scrubbing Bubbles, Inc.**<br>**d/b/a Servpro of Athens**<br>**c/o Horne Law Firm, PC**<br>**4385 Kimball Bridge Road, Suite**<br>**100**<br>**Alpharetta, GA 30022** |
|----|

**What is the nature of the claim?**      **judgment**      **$7,763.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)      **$7,763.00**

Contact

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      **Page 6**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1      **Christopher David Polk**                          Case number *(if known)*

_____
Contact phone

Value of security:                    - **$0.00**
Unsecured claim                         **$7,763.00**

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Christopher David Polk**                          X   _____
    **Christopher David Polk**                                 Signature of Debtor 2
    Signature of Debtor 1

    Date   **April 16, 2021**                                  Date   _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          **Page 7**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Christopher David Polk**                                                          Case No. _____

Debtor(s)                                    Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 16, 2021**                       **/s/ Christopher David Polk**
                                                **Christopher David Polk**
                                                Signature of Debtor

.

Ally Financial
200 Renaissance Center
Detroit, MI 48243

Anthony Mauriello
Maurielle Enterprise
16 Driggs Street
Staten Island, NY 10308

Brown Timber & Logging, Inc. and
Cleve Lamb d/b/a Lamb Logging

Brown Timber & Logging, Inc. and
Cleve Lamb d/b/a Lamb Logging
c/o Nathan Huff, Esq.
228 Baston Road
Augusta, GA 30907

CCS/Bryant State Bank
500 E. 60th Street, North
Sioux Falls, SD 57104

Chase Mortgage
PO Box 15153
Des Moines, IA 19668-5153

Colonial Funding Network, Inc.
Servicing Provider for
c/o Jennifer Bolland
1501 Broadway, Suite 1515
New York, NY 10036

Credit One Bank, NA
PO Box 98875
Las Vegas, NV 89193

Dish Network
PO Box 105169
Atlanta, GA 30348-5169

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

FSB Blaze
5501 S. Broadband Lane
Sioux Falls, SD 57108

Georgia Department of Revenue
Bankrkuptcy Section
1800 Century Boulevard, NE, Suite 17200
Atlanta, GA 30345

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jill Polk
1590 Alvecote Court
Cumming, GA 30041

Merrick Bank
c/o Resurgent Cap.
PO Box 10368
Greenville, SC 29603-0368

Midland Funding, LLC
PO Box 2011
Warren, MI 48090

Navient CFC
c/o Navient Solutions, Inc.
PO Box 9640
Wilkes Barre, PA 18773-9640

Rise
4150 International Plaza
Fort Worth, TX 76109

Tech Tower Prop., LLC
c/o Marcadis Singer, PA
5104 S. Westshore Blvd.
Tampa, FL 33611

Verizon
PO Box 4001
Acworth, GA 30101

Wells Fargo Bank
d/b/a Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657

Woods Scrubbing Bubbles, Inc.
d/b/a Servpro of Athens
c/o Horne Law Firm, PC
4385 Kimball Bridge Road, Suite 100
Alpharetta, GA 30022
```