**SO ORDERED.**

**SIGNED this 14 day of July, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-30203-JPS |
| **CHRISTOPHER DAVID POLK** ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

**CONSENT ORDER**

A motion to convert or dismiss was filed by the United States Trustee in the above case. The matter having been set down for hearing, and the parties having agreed to the following, it is therefore

ORDERED, that the motion is conditionally denied.  Further,

ORDERED, that the Debtor shall file a plan and disclosure statement with the Court by September 19, 2022.   Further,

ORDERED, that on or before November 18, 2022, the Debtor's plan will be confirmed. Further,

ORDERED, that should the Debtor fail to comply with any of the terms of this Order, then the U.S. Trustee may make a submission of non-compliance along with a proposed order to the Court converting or dismissing the case, without necessity of further hearing.

**END OF DOCUMENT**

Consented to by:

/s/Wesley J. Boyer
Wesley J. Boyer
Attorney for the Debtor
GA Bar No. 073126
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481
wes@boyerterry.com


Consented to and Order prepared by:

/s/Elizabeth A. Hardy
Elizabeth A. Hardy
Assistant United States Trustee
KY Bar No. 82701
Office of the United States Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201
(478) 752-3544
elizabeth.a.hardy@usdoj.gov