**EXHIBIT "A"**

GENERAL UNSECURED CREDITORS (estimated)

| | | |
|---|---:|---|
| AM Infosource | $248.00 | |
| Anthony Maurello | 3,300.00 | Schedules |
| Brown Timber & Logging | 9,197.50 | Schedules |
| Bryant State Bank | 1,757.00 | Schedules |
| Bryant State Bank | 1,321.00 | Schedules |
| Colonial Funding | 90,000.00 | Schedules |
| Credit One Bank | 2,319.00 | Schedules |
| Credit One Bank | 818.00 | Schedules |
| FSB Blaze | 823.00 | Schedules |
| Internal Revenue Service | 1,699,798.19 | Claim No. 5 |
| Jill Polk | 260,000.00 | Claim No. 9 |
| Jill Polk | 32,602.00 | Claim No. 12 |
| Kapitus | 147,704.00 | Claim No. 10 |
| LVNV Funding | 3,254.96 | Claim No. 2 |
| LVNV Funding | 1,066.70 | Claim No. 3 |
| Merrick Bank | 1,139.00 | Schedules |
| Midland Funding | 276.00 | Schedules |
| Navicent CFC | 3,459.75 | Schedules |
| Rise | 6,810.00 | Schedules |
| Rech Tower Prop. | 80,000.00 | Schedules |
| Verizon | 2,400.00 | Claim No. 7 |
| Wells Fargo | 584.00 | Schedules |
| Woods Scrubbing | 7,071.00 | Claim No. 6 |
| TOTAL | $2,355,949.10 | |