# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| CHRISTOPHER DAVID POLK, | : |
| | : CASE NO. 21-30203 |
| Debtor | : |

## NOTICE OF RESCHEDULED HEARING

You are hereby notified that the hearing on the following matters:

- Disclosure Statement filed by Debtor [doc. 74]
- Amended Disclosure Statement filed by Debtor [doc. 80]
- Objection to Confirmation of Plan filed by Creditor Ford Motor Credit Company, LLC [doc. 83]
- Response with Opposition filed by Creditor Jill Polk [doc. 87]
- Objection to Confirmation of the Plan filed by Creditor Internal Revenue Service [doc. 90]
- Response with Opposition filed by U.S. Trustee [doc. 91]

has been continued for hearing on **January 17, 2023 at 11:00 a.m.** at the U.S. Courthouse and Post Office, 115 Hancock Avenue, Athens, Georgia. Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

BOYER ∥ TERRY LLC
By:

*/s/Wesley J. Boyer*
WESLEY J. BOYER
Attorney for Debtor
State Bar No. 073126
348 Cotton Avenue, Suite 200
Macon, GA 31201
(478) 742-6481
Wes@BoyerTerry.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

NOTICE OF CONTINUED HEARING

upon the following:

Elizabeth A. Hardy
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd
Suite 302
Macon, GA 31201

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342

Bernard Snell
U.S. Attorney's Office
P.O. Box 1702
300 Mulberry Street, Suite 400
Macon, GA 31202

Leslie Mellard Pineyro
Jones & Walden, LLC
699 Piedmont Avenue, N.E.
Atlanta, GA 30308

via the Court's electronic delivery system this 17th day of November, 2022.

*/s/Wesley J. Boyer*
WESLEY J. BOYER