# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                                                  CHAPTER 11

Christopher David Polk

Debtor(s)                                                                                       CASE NUMBER: 21−30203−AEC

## CHAPTER 11 FINAL DECREE (Individual)

    It appearing to the Court that the debtor in the above−referenced case filed a voluntary petition under Title 11, Chapter 11, in the United States Bankruptcy Court for the Middle District of Georgia on 04/16/21; and

    It further appearing to the Court that a plan of reorganization was proposed to the creditors and said plan of reorganization was confirmed by the Court by order of this Court on 11/28/23; and

    It further appearing to the Court that the debtor is an individual as contemplated by LBR 3022−1; and

    It further appearing to the Court that there are no pending matters before the Court requiring further disposition at this time.

    IT IS HEREBY ORDERED that upon completion of all payments under the confirmed plan, debtor shall file a Final Report and Final Account in compliance with 11 U.S.C. § 704(a)(9), and file a Certificate of Plan Completion and Request for Discharge in accordance with 11 U.S.C. § 1141(5). A Certification about a Financial Management Course must be filed no later than the date of the last payment under the plan or the filing of a motion for discharge under 11 U.S.C. § 1141(d)(5)(B), 11 U.S.C. § 1141(d)(3) and Fed.R.Bankr.P. 1007(b)(7), (c).

    IT IS FURTHER HEREBY ORDERED that this Final Decree be entered and the case shall be closed, but the Court reserves jurisdiction to enter a discharge in the future to the debtor upon appropriate completion of all payments under the plan as provided under LBR 3022−1.



Dated: 2/12/24                                                                              /s/ Austin E. Carter
                                                                        United States Bankruptcy Judge