IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CHRISTOPHER DAVID POLK | ) | CASE NO. 21-30203-AEC |
| *aka* Chris Polk, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST AS SERVICED BY FAY SERVICING, LLC, | ) ) ) ) ) ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) ) | |

vs.

CHRISTOPHER DAVID POLK,
*aka* Chris Polk

    Respondents.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that MOVANT , by and through counsel, has filed a Motion to Reopen Bankruptcy Case.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one**. **If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to grant relief from the automatic stay or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on:

_____July 15, 2025_____ at _2:00 p.m._ **at the United States Bankruptcy Court, U. S. Courthouse and Post Office, 115 East Hancock Avenue, Athens, Georgia 30601**.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.**

**Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

This notice is sent by the undersigned pursuant to LBR 9004-1(c) and LBR 9007-1.

Dated this   _____06/11/2025_____

*/s/ Ciro A Mestres*
Ciro A Mestres, GEORGIA BAR NO. 840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
678-281-6516
Ciro.Mestres@mccalla.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CHRISTOPHER DAVID POLK | ) | CASE NO. 21-30203-AEC |
| *aka* Chris Polk, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST AS SERVICED BY FAY SERVICING, LLC, | ) ) ) ) ) ) ) ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) ) | |

vs.

CHRISTOPHER DAVID POLK,
*aka* Chris Polk

    Respondents.

## MOTION TO REOPEN BANKRUPTCY CASE

COMES NOW Movant by and through counsel, and moves this Court to enter an order granting its request to reopen bankruptcy case and states the following:

1.

Movant is the servicer of a loan secured by certain real property in which Debtor claims an interest. Said real property is security for a promissory note, and is commonly known as 1651 Lighthouse Circle, Greensboro, Georgia 30642 (hereinafter referred to as the "Property").

2.

On February 12, 2024, the Court entered an Order Closing the Chapter 11 case (Doc. No. 167).

3.

On April 8, 2025, Movant filed a Motion for Relief from Stay (Doc. No. 178).

4.

Movant seeks an order reopening the case and requests for Motion for Relief from Stay to be heard by the Court.

5.

The filing of this motion is in good faith and not intended for the purposes delay.

WHEREFORE, Movant respectfully requests that the Court enter an order directing the instant case be reopened for the limited purpose of consideration of the Movant's Motions and granting such other relief that the Court may deem just and proper.

/s/ *Ciro A Mestres*
Ciro A Mestres, Georgia BAR NO. 840253
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076
Ciro.Mestres@mccalla.com
678-281-6516
312-803-9663

BANKRUPTCY CASE NO. 21-30203-AEC

CHAPTER 11

CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That on the date below, I served a copy of the within NOTICE OF HEARING, together with the MOTION TO REOPEN BANKRUPTCY CASE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Christopher David Polk
1651 Lighthouse Circle
Greensboro, GA 30642

Wesley J. Boyer                                    *(Served via ECF notification)*
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201

Elizabeth A. Hardy                                 *(Served via ECF notification)*
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd
Suite 302
Macon, GA 31201

And upon the attached list of Creditors who have the 20 largest unsecured claims.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  06/11/2025    By:   */s/ Ciro A Mestres*
              (date)               Ciro A Mestres Georgia BAR NO. 840253
                                   Attorney for Movant