**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| CHRISTOPHER DAVID POLK, | : |
| | : CASE NO. 21-30203 |
| Debtor | : |

**MOTION TO MODIFY CONFIRMED CHAPTER 12 PLAN AS TO
THE CLAIMS OF U.S. BANK, JILL POLK, INTERNAL REVENUE
SERVICE, AND GENERAL UNSECURED CREDITORS**

COMES NOW, Christopher David Polk, Debtor, and files this proposed modification to his confirmed Chapter 11 plan. Debtor amends the plan as provided below:

1.

On April 16, 2021 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. [Doc. 1]

2.

Debtor filed his Chapter 11 plan and disclosure statement on September 19, 2022. [Docs. 73, 74]

3.

Debtor filed his amended Chapter 11 plan and disclosure statement on September 29, 2022. [Docs. 79, 80]

4.

Debtor filed his second amended Chapter 11 plan and disclosure statement on July 24, 2023. [Docs. 120, 121]

5.

On November 28, 2023, Debtor's Chapter 11 plan, as amended, was confirmed. [Doc. 154] The Effective Date of the confirmed plan was December 13, 2023.

6.

In general terms, Debtor proposed in his amended plan to repay the claims of U.S. Bank, Jill Polk, Internal Revenue Service, and general unsecured creditors through the sale of his personal residence.

7.

As to Jill Polk, the plan provided, inter alia, that Debtor would work in good faith to close the sale of his residence (in order to pay her claim) by October 31, 2023, and to commence monthly payments of $2,500.00. As to the U.S. Bank, the confirmed plan required full payment within 12 months of the effective date.

8.

The confirmation order slightly amended the treatment as to U.S. Bank, Jill Polk, and Internal Revenue Service by requiring the execution of a security deed to Jill Polk in addition to a $35,000.00 payment, and cooperation with Jill Polk to obtain a life insurance policy. As to the Internal Revenue Service, Debtor was required to pay its claim of $23,014.00 (secured) and $16,984.15 (priority) on or before the effective date and pay 2022 tax liabilities of $7,754.61 before December 4, 2023. As to U.S. Bank, Debtor shall commence making monthly payments of $1,500.00 starting November 1, 2023, and continuing through the sale closing.

9.

Debtor seeks to amend his plan by extending the prior deadline to sell for six months. Debtor has the property listed for sale with Robert Boatright of Coldwell Banker Lake Oconee Realty. A copy of the listing is attached as Exhibit A. The sale of the residence will be sufficient to pay Debtor's obligations under his amended plan. The sale is expected to close within the next six months.

10.

Debtor has paid Jill Polk $35,000.00 and her monthly payments of $2,500.00 and paid U.S. Bank its monthly payments of $1,500.00 per month. Debtor has paid $20,000.00 to Internal Revenue Service, and paid his 2022 tax liabilities.

11.

Over the past 18 months, Debtor was required to make approximately $250,000.00 in repairs to ready the residence for sale, and incurred many delays in the process. Debtor discovered water damage, which resulted in an insurance claim that was slow to settle. It took over six months to resolve the insurance claim. During the same time period, Debtor had two heart ablations and two cardioversions (electric shock treatments).

12.

Debtor proposes to pay interest at the normal contract rate to compensate for any delays in payment. No harm will result from this proposed modification.

13.

Except as amended herein, the plan remains unchanged.

WHEREFORE, Debtor respectfully requests that his confirmed plan be modified as set forth in his motion, and that he have such other and further relief as is just and proper.

                BOYER ‖ TERRY LLC
                By:

                */s/Wesley J. Boyer*
                WESLEY J. BOYER
                State Bar No. 073126
                Attorney for Debtor
                348 Cotton Avenue, Suite 200
                Macon, Georgia 31201
                (478) 742-6481
                Wes@BoyerTerry.com